# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09CV494-RJC-DSC

| | |
|---|---|
| JANICE A. MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| NOVANT HEALTH, INC., and ) | |
| PRESBYTERIAN HOSPITAL- ) | |
| HUNTERSVILLE, LLC ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Leave to Amend Complaint" (document #8).

The Fourth Circuit has stated that "under Rule 15(a) leave to amend shall be given freely, absent bad faith, undue prejudice to the opposing party, or futility of amendment." U.S. v. Pittman, 209 F.3d 314, 317 (4th Cir. 2000).[1]  Further, "the grant or denial of an opportunity to amend is within the discretion of the District Court." Pittston Co. v. U.S., 199 F.3d 694, 705 (4th Cir. 1999).

Accordingly, the Court will grant Plaintiff's Motion for Leave to Amend Complaint. The Court further will grant the parties leave to supplement their respective briefs filed in support of and in opposition to "Defendants' Motion to Dismiss Plaintiff's Complaint" (document #4) filed December 22, 2009.

---

[1] Federal Rule of Civil Procedure 15(a) provides in relevant part that:

a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.... Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

**NOW, THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion for Leave to Amend Complaint" (document #8) is **GRANTED**. Plaintiff shall file her Amended Complaint on or before March 10, 2010.

2. The parties are granted leave to supplement their respective briefs filed in support of and in opposition to "Defendants' Motion to Dismiss Plaintiff's Complaint" (document #4) as follows:

   a. Defendants' Supplemental Brief in Support of their Motion shall be filed within 14 days of the filing of Plaintiff's Amended Complaint.

   b. Plaintiff's Supplemental Memorandum in Opposition and Defendants' Supplemental Reply shall be filed in accordance with the time frames stated in Local Civil Rule 7.1(E).

3. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>.

**SO ORDERED**.

Signed: February 9, 2010

David S. Cayer
United States Magistrate Judge